UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MEYER IRREVOCABLE TRUST, LIAM MEYER, | No. 2:23-cv-1472 KJM DB PS |
| Plaintiff, | ORDER |
| v. | |
| SIMON CHAN, et al., | |
| Defendants, | |

    Plaintiff Liam Meyer is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On August 15, 2023, defendant filed a motion to dismiss and noticed the motion for hearing before the undersigned on September 29, 2023, pursuant to Local Rule 302(c)(21).  (ECF No. 6.)  The hearing of the motion was later continued to October 27, 2023.  (ECF No. 7.)  Pursuant to Local Rule 230(c) plaintiff was to file an opposition or a statement of non-opposition to defendants' motion not less "than fourteen (14) days after the motion was filed."  Plaintiff, however, has failed to file a timely opposition or statement of non-opposition to the motion.

    The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Local Rule 110.  Any individual representing himself or

1

herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct along with a final opportunity to oppose defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution;

2. The October 27, 2023 hearing of defendants' motion to dismiss (ECF No. 6) is continued to **Friday, December 1, 2023, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[1];

3. On or before **November 17, 2023**, plaintiff shall file an opposition or statement of non-opposition to defendants' motion[2]; and

////

////

////

---

[1] Parties shall appear at the hearing either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

[2] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

4. Plaintiff is cautioned that the failure to timely comply with this order may result in the recommendation that this case be dismissed.

DATED: October 20, 2023

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE